UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| HENRY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:11-cv-981- SEB-TAB |
| vs. | ) | |
| | ) | |
| NATIONAL RAILROAD PASSENGER | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

The Court having issued its Order of Dismissal, it is now adjudged that this cause is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Date: 03/21/2012

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Diamond Z. Hirschauer
THE LAW OFFICES OF DIAMOND Z.
HIRSCHAUER, P.C.
DZHirschauer@dzhlaw.com

Thomas F. Hurka
MORGAN LEWIS & BOCKIUS
thurka@morganlewis.com

Valerie E. Manos
MORGAN LEWIS & BOCKIUS, LLP
vmanos@morganlewis.com

Michelle R. Maslowski
FROST BROWN TODD LLC
mmaslowski@fbtlaw.com

Heather L. Wilson
FROST BROWN TODD LLC
hwilson@fbtlaw.com